THE PEOPLE OF THE STATE CF NEW YORK, Respondent, v. FRANK SAMMARTINO, Appellant.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of HENRY C. PRICE, an Attorney and Counselor at Law.— Motion by respondent to reopen the proceeding granted and certain additional documentary evidence received. After reconsideration of the matter upon the record so amended and supplemented, an order of disbarment is entered in the same form as that entered June 27, 1929. The respondent's motion for leave to appeal to the Court of Appeals is granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BYRON REMINGTON, Appellant.— Time for argument enlarged to and including May second, upon condition that printed records and printed briefs shall be filed by April fifteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CLARA E. WYKER, Respondent, v. MATILDA M. MILLER and Others, Appellants.— Motion to dismiss appeal granted, unless the appellants shall file and serve the printed records and printed briefs on appeal by April nineteenth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HELEN E. WOODALL and Another, as Executors, etc., of THOMAS WOODALL, Deceased, Appellants, v. UNITED STATES CASUALTY COMPANY, Respondent.— Motion to dismiss appeal granted, unless appellants shall file and serve the printed records and printed briefs by April fifteenth and pay to respondent's attorneys ten dollars. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

In the Matter of the Application of the GRADE CROSSING AND TERMINAL STATION COMMISSION OF THE CITY OF BUFFALO, under Chapter 844, Laws of 1926, for a Determination that Public Safety Requires the Elimination of the Crossings at Grade of Amherst Street and the Railroad of the New York Central Railroad Company, the Erie Railroad Company, etc. (Case No. 3309.) — Appeals taken by Erie Railroad Company from nine orders made by the Public Service Commission dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.